UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT

        Plaintiff,

    v.

D.C. METROPOLITAN POLICE DEPARTMENT

        Defendant.
_____/

No. MC-14-80052 EMC

**ORDER REJECTING COMPLAINT**

    Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

    In the instant case, Mr. Hurt purports to sue the D.C. Metropolitan Police Department alleging that the "mostly white" police department has been engaging in "unconstitutional methods of slander." As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

    IT IS SO ORDERED

Dated: March 5, 2014

                                          _____
                                          EDWARD M. CHEN
                                          United States District Judge